# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeffrey Zenon,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> v.  ) <br> ) <br> Prime Time Healthcare, LLC,  ) <br> ) <br> Defendant.  ) | **ORDER FOR MID-DISCOVERY STATUS CONFERENCE** <br><br><br><br><br> Case No. 1:25-cv-097 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on February 6, 2026, at 9:00 AM by telephone before the magistrate judge. To participate in the conference, the parties shall call (571) 353-2301 and enter "Call ID" 292466149. The conference may be recorded for the convenience of the court.

Dated this 17th day of June, 2025.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court