IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Jeffrey Zenon, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1:25-cv-097 |
| Prime Time Healthcare, LLC, ) | |
| ) | |
| Defendant. ) | |

On January 9, 2026, Defendant filed a "Stipulation for Protective Order" executed by both parties. (Doc. No. 61). On January 13, 2026, the court adopted the parties' Stipulation for Protective. (Doc. No. 62).

On January 21, 2026, the Clerk's office received and filed Plaintiff's "Motion for Entry for Stipulated Protective Order" dated January 12, 2026. (Doc. No. 63). Attached to Plaintiff's motion was a copy of the "Stipulation for Protective Order" previously filed by Defendant and adopted by the court. (Doc. No. 63-3). Plaintiff advised that he filed his motion to address what he perceives as Defendant's "procedurally defective filing."

As the "Stipulation for Protective Order" was previously filed by Defendant and adopted by the court, Plaintiff's motion (Doc. No. 63) is deemed **MOOT**.

**IT IS SO ORDERED.**

Dated this 28th day of January, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochalter, Magistrate Judge
United States District Court