**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Jeffrey Zenon, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Prime Time Healthcare LLC, | ) | Case No. 1:25-cv-097 |
| | ) | |
| Defendant. | ) | |

On March 26, 2026, Defendant filed a notice of attorney Cory Strecker's withdrawal as counsel for Defendant Prime Time Healthcare, LLC. (Doc. No. 66). Accordingly the court authorizes attorney Cory Strecker to withdraw as counsel for Defendant Prime Time Healthcare, LLC.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2026, nunc pro tunc.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court